David MCKEE, Plaintiff–Appellant,

v.

Officer WALKER; Arlington County Jail, Defendants–Appellees.

No. 04–7221.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 4, 2004.

Decided: Nov. 10, 2004.

David McKee, Appellant pro se.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David McKee appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See McKee v. Walker,* No. CA–04–86 (E.D.Va. July 16, 2004). We deny McKee's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED*